**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 17-1146**

---

SIDNEY ALEXANDER JONES,

       Plaintiff - Appellant,

        v.

OFFICER ADRIAN ASHFORD, In both his official and individual capacities; TRANS WORLD ENTERTAINMENT CORP., d/b/a F.Y.E.; WESTFIELD, LLC, d/b/a Wheaton Mall,

       Defendants - Appellees,

        and

PO-1 ASHFORD, Badge No. 2695; WESTFIELD GROUP,

       Defendants.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:14-cv-03639-TDC)

---

Submitted: May 19, 2017                          Decided: June 1, 2017

---

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Sidney Alexander Jones, Appellant Pro Se. Marc Pemble Hansen, Edward B. Lattner, John Paul Markovs, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland; Ronald Greer DeWald, LIPSHULTZ & HONE CHARTERED, Silver Spring, Maryland; Brian Thomas Gallager, Michael N. Russo, Jr., COUNCIL, BARADEL, KOSMERL & NOLAN, PA, Annapolis, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sidney Alexander Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Ashford*, No. 8:14-cv-03639-TDC (D. Md. Jan. 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*